# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Kwana Johnson

                              Plaintiff,

v.                                                        Case No.: 1:15−cv−09692

                                                                             Honorable Sara L. Ellis

United States Postal Service

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 11, 2017:

      MINUTE entry before the Honorable Sara L. Ellis: Bench trial held and concluded on 9/11/2017. Judgment entered for Defendant on Plaintiff's complaint as stated on the record. Pursuant to Defendant/Counter−claimant's oral motion to voluntarily dismiss the counterclaim, the Court dismisses the counterclaim against Plaintiff/Counter−defendant. Civil case terminated. Mail ILND 450. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.