# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Kwana Johnson,

Plaintiff(s),

v.

United States Postal Service,

Defendant(s).

Case No. 15-cv-9692
Judge Sara L. Ellis

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes         pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s) United States Postal Service
and against plaintiff(s) Kwana Johnson
.

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge      presiding, and the jury has rendered a verdict.
☒ tried by Judge Sara L. Ellis without a jury and the above decision was reached.
☐ decided by Judge      on a motion

Date: 9/11/2017

Thomas G. Bruton, Clerk of Court

Rhonda Johnson , Deputy Clerk